July 14, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

### EX PARTE TINA MARIE HARRINGTON

### NO. 14-16-00059-CR

_____

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We order appellant, Tina Marie Harrington, to pay all costs expended in this appeal.

We further order this decision certified below for observance.